**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

AMY GREGORY and ASHLEY PIECHOWSKI,

    Plaintiffs,

v.                                          Case No. 10-13726

MATT PRENTICE RESTAURANT GROUP and
TROWBRIDGE RESTAURANTS, INC.,

    Defendants.
                                              /

**PRELIMINARY SCHEDULING ORDER**

On March 17, 2011, the court held a scheduling conference by telephone in the above-captioned matter. Counsel for the parties advised that it is unclear at this time whether under Michigan law Defendant Trowbridge Restaurants, Inc., is a proper successor-in-interest to the other named Defendant, Matt Prentice Restaurant Group,[1] or another entity that may be liable to Plaintiffs. Limited discovery may be necessary to answer that threshold question. However, counsel also advised that both parties had an interest in engaging in settlement discussions. Because of that interest, the court recommended that the parties spend at least one week engaging in settlement discussions, initiated by a written offer from Plaintiffs, and if unsuccessful, the court will provide for six weeks of narrow, targeted discovery on the successorship issue. The court also instructed counsel to update the court's case manager no later than one week from the date of the conference on the status of those discussions, indicating

---

[1] Counsel for Defendant Trowbridge Restaurants, Inc., stated that "Matt Prentice Restaurant Group," a Defendant that is not represented in the case, is an assumed name of another entity.

whether a resolution had been reached, whether a resolution could not be reached at this early stage, or whether the parties needed more time. The court will enter an order providing for limited discovery, if necessary, after receiving that update. Accordingly,

IT IS ORDERED that the parties are DIRECTED to engage in settlement discussions. The parties shall inform the court's case manager of the status of those discussions no later than **March 24, 2011**.

     s/Robert H. Cleland
     ROBERT H. CLELAND
     UNITED STATES DISTRICT JUDGE

Dated: March 23, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 23, 2011, by electronic and/or ordinary mail.

     s/Lisa Wagner
     Case Manager and Deputy Clerk
     (313) 234-5522